# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES ORVILLE WALTERS,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )    Civil No.  CIV-14-370-SPS<br>) |
| CAROLYN W. COLVIN,<br>Acting Commissioner,<br>Social Security Administration,<br>    Defendant. | )<br>)<br>)<br>)<br>) |

## OPINION AND ORDER

Defendant, the Acting Commissioner of Social Security (Commissioner), by and through her counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings. On order of the Court, the Social Security Administration's Appeals Council will vacate the administrative law judge's (ALJ's) decision and instruct the ALJ to conduct a de novo review. In particular, the ALJ will be instructed to:

- develop the record with a psychiatric consultative examination;

- consider the evidence submitted with Plaintiff's request for review by the Appeals Council;

- give further consideration to Plaintiff's mental impairments using the special technique;

- reassess Plaintiff's residual functional capacity; and

- obtain evidence from a vocational expert, if necessary.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence

four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner for further administrative proceedings as set forth above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

IT IS SO ORDERED this 19TH day of March, 2015.

Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma